# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JUDITH ROSEMAN, et al., | NO. | CV-91-3045-WFN |
| Plaintiff, | | |
| -vs- | | |
| GENERAL ELECTRIC CO., | | |
| Defendant. | | |
| SANDRA L. EVENSON, et al., | NO. | CV-90-3067-WFN |
| KATHRYN HAMILTON, et al., | NO. | CV-90-3069-WFN |
| E.S. CRISWELL, et al., | NO. | CV-90-3106-WFN |
| JEANNE JAROS, et al., | NO. | CV-90-3107-WFN |
| CHUCK SEAMAN, et al., | NO. | CV-91-3080-WFN |
| ROSEMARY MILLER, et al., | NO. | CV-92-3069-WFN |
| BARBARA THOMSON, et al., | NO. | CV-94-3067-WFN |
| IN RE: LOUIS BERG, et al., | NO. | CV-96-3151-WFN |
| BARBARA J. ARQUETTE JIM, et al., | NO. | CV-97-3061-WFN |
| NED CHARLES LUMPKIN, et al., | NO. | CV-00-5052-WFN |
| Plaintiffs, | | |
| -vs- | | |
| E.I. DUPONT De NEMOURS & CO., et al., | **CONSOLIDATION ORDER** | |
| Defendants. | | |

**This Order shall also be filed in CV-91-3015-WFN**

CONSOLIDATION ORDER - 1

1    At the status conference held July 21, 2009 in *In Re Hanford Nuclear Reservation*

2 *Litigation*, CV-91-3015-WFN, the Court ordered all of the above-captioned cases be

3 consolidated for all pretrial and trial purposes into CV-91-3015-WFN.  In addition, the

4 Court ordered that the underlying cases would be closed, subject to reopening for good

5 cause.

6    This Order is entered to consolidate and close the individual cases.  Accordingly,

7    **IT IS ORDERED** that:

8    1.  All of the above-captioned cases are **CONSOLIDATED** for all pretrial and trial

9 purposes **into CV-91-3015-WFN**.

10    2.  Each of the above-captioned cases shall be **CLOSED**, subject to reopening for

11 good cause.

12    The District Court Executive shall file this Order in each of the above-captioned cases

13 as well as in CV-91-3015-WFN and provide copies to counsel of record, Mediator Gary

14 Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Carmela M. Destito-Buttice (for late

15 John P. Destito, Jr.),  Marylin F. Mlnarik and Kerry Todd.

16    **DATED** this 23rd day of July 2009.

17

18                                s/ Wm. Fremming Nielsen

19 H:\O\072309                    WM. FREMMING NIELSEN
                                  SENIOR UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

CONSOLIDATION ORDER - 2